# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201700078**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## BENJAMIN A. IPSEN
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Mark D. Sameit, USMC.
Convening Authority: Commanding General, 1st Marine Division (Rein), Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Major Matthew J. Stewart, USMC.
For Appellant: Lieutenant Commander Ryan C. Mattina, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 31 May 2017

———————————————

Before MARKS, RUGH, and MILLER, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court